DocuSign Envelope ID: A31A471A-4824-4B0B-96CD-0422223FCE98

# MORGAN & MORGAN

## MORGAN & MORGAN PLLC ®
## A MISSISSIPPI PROFESSIONAL LIMITED LIABILITY COMPANY
4450 Old Canton Road • SUITE 200 • JACKSON, MISSISSIPPI 39211
Telephone: (601) 949-3388  Facsimile: (601) 949-3399

### Retainer Agreement

This retainer agreement is between **Morgan & Morgan PLLC® A Mississippi Professional Limited Liability Company** ("The Firm") and ___**Maranda Hayes**___ (hereinafter Client).  This retainer agreement surrounds a civil claim for money damages arising out of ___**a general injury incident**___.  This retainer agreement is not valid until it has been signed below by The Firm.   The Client and The Firm agree as follows:

(1) **Attorney Fee**: The Firm shall provide legal services and represent Client in the above-referenced civil claim and shall receive as an attorney fee forty percent (40%) of the total monetary recovery in this matter.  Once a jury is empaneled, The Firm shall receive as an attorney fee forty five (45%) of the total monetary recovery. The attorney fee payable to The Firm is calculated off the total monetary recovery BEFORE any legal costs and expenses are deducted.

(2) **Legal Costs and Expenses**: The Firm shall advance all legal costs and expenses directly related to the investigation and prosecution of the above-referenced civil claim. Legal costs include, but are not limited to, cash and non-cash expenditures for:  investigator mileage to and from the initial sign up meeting, court filing fees, medical records charges, experts, mediation fees, subpoenas and deposition costs, witness fees, long distance telephone calls, facsimiles, photocopies, postage, in-house printing, travel, parking, investigative services and all other costs necessary for proper performance of legal services.  In the event that The Firm withdraws from the case, The Firm reserves the right to be reimbursed for said costs if a recovery is made by another firm.  The legal costs and expenses paid by The Firm will be deducted from the total monetary recovery *AFTER* the payment of the attorney fee.

(3) **Payment To Client**: The payment to the Client shall be the funds remaining after the payment of the attorney fee to The Firm and the reimbursement of legal costs and expenses to The Firm as well as payment of any liens recognized under the laws of Mississippi.

(4) **Settlement**:  If a settlement option is presented as an alternative to a trial, the client must be in agreement with the option selected.

MMPI_MS_V08032022

DocuSign Envelope ID: A31A471A-4824-4B0B-96CD-0422223FCE98

(5) **No Recovery:** If no recovery is obtained in the above reference civil action, the Client shall not be responsible for the payment of any attorney fee, legal costs or expenses to The Firm.

(6) **Appeal of Case:** The Firm has sole discretion to determine whether or not The Firm will represent the client on an appeal. If The Firm determines an appeal is not warranted, the file will be given to Client to proceed further.

(7) **Dismissing The Firm:** If Client seeks to dismiss The Firm and hire another lawyer to represent the Client on the above referenced civil claim, Client hereby agrees that The Firm shall have a lien against any recovery by the Client for all of The Firm's legal costs and expenses, and for a reasonable attorney fee measured by the value of services provided by The Firm.

(8) **Contact:** I understand and agree that The Firm may contact me at any phone number (including mobile, cellular/wireless, or similar devices) or email address I provide at any time, for any lawful purpose. The ways in which The Firm may contact me include live operator, automatic telephone dialing systems (auto-dialer), prerecorded message, text messaging systems or email. Phone numbers and email addresses I provide include those I give to The Firm, those from which I contact The Firm or which we obtain through other means. I also understand and agree that The Firm may monitor/and or record any of my phone conversations with The Firm representatives.

(9) **Media and Advertisement:** I provide my consent for the Firm and its attorneys to publish the results of my case including, without limitation, trial verdicts, arbitration awards, settlement amounts (without disclosing the names of the parties where confidential), and/or fee awards in advertisements and other media.

(10) **Association Of Additional Lawyers By The Firm:** Client agrees to allow The Firm to associate any other lawyers it deems reasonably necessary in prosecution of said claim. Such association of additional lawyers shall not alter or effect the fee agreement paid by Client.

(11) **Arbitration:** In the event of any dispute, disagreement, claim or controversy between Client and Morgan & Morgan PLLC or any attorneys or other employees or agents of Morgan & Morgan PLLC, Client and Morgan & Morgan PLLC agree that any and all such disputes will, at the election of either of the parties, be resolved through the process of binding arbitration under the rules of the American Arbitration Association, regardless of when the dispute arose or the subject matter of the dispute. This specifically includes disputes over the validity, enforceability or scope of this arbitration provision and any disputes over the arbitrability of any disputes between Client and Morgan & Morgan PLLC.

(12) **Entire Agreement:** With respect to the issues presented herein this retainer agreement constitutes the entire agreement between the Client and The Firm.

DocuSign Envelope ID: A31A471A-4824-4B0B-96CD-0422223FCE98

(13) **State of Mississippi:** This retainer agreement shall be construed under the laws of the State of Mississippi.

DATE: 11/8/2022

_Maranda Hayes_
CLIENT

_[signature]_
MORGAN & MORGAN PLLC

### ASSOCIATING ATTORNEY AGREEMENT

I understand and consent to MORGAN & MORGAN PLLC associating in this matter with \_\_\_\_\_ _____, and that of the applicable fees in this agreement, 75% shall be paid to MORGAN & MORGAN PLLC and 25% to the associating attorney.

I understand that in no event, however, shall I incur any additional legal fees or charges by virtue of said employment of co-counsel. Co-counsel shall assume the same legal responsibilities to me for the performance of legal services as MORGAN & MORGAN PLLC and will be available for consultation with me.

The above employment is hereby accepted upon the terms and conditions stated herein.

DATE: 11/8/2022

_Maranda Hayes_
CLIENT

_[signature]_
MORGAN & MORGAN PLLC

_____
ASSOCIATING ATTORNEY