**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Maranda Lachelle Hayes, Debtor**              **Case No. 25-02198-KMS**
**CHAPTER 13**

## NOTICE

Morgan and Morgan has filed papers with the court to be Employed as Special Counsel. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Morgan & Morgan's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: October 9, 2025.          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer A Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Maranda Lachelle Hayes, Debtor**          **Case No. 25-02198-KMS**
                                                                          **CHAPTER 13**

## APPLICATION TO BE EMPLOYED AS SPECIAL COUNSEL

COMES NOW, Morgan & Morgan ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §327(e) and F.R.B.P. 2014(a), files this Application to be Employed Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Morgan & Morgan represents that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's general injury claim.

2. That the Applicant desires to be employed to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. An attorney for Morgan & Morgan has attached his affidavit hereto, stating that the firm is a disinterested party to Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, Morgan & Morgan will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Morgan and Morgan as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Morgan & Morgan, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**  **Maranda Lachelle Hayes, Debtor**          **Case No. 25-02198-KMS**
                                                                                  **CHAPTER 13**

## <u>AFFIDAVIT OF ATTORNEY</u>

STATE OF MISSISSIPPI

COUNTY OF *Hinds*

     *Harry M. McCumber* of Morgan and Morgan, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1.    That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2.    That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3.    That said services shall be rendered under a contingent fee agreement.

4.    That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

    a.  As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's post-petition general claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the _1st_ day of _October_, 20_25_.

X _____

By: _Harry M. McCumber_

SWORN TO AND SUBSCRIBED BEFORE ME, this the _1st_ day of _October_, 20_25_.

NOTARY PUBLIC

## <u>CERTIFICATE OF SERVICE</u>

       I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on October 10, 2025, to:

By USPS First Class Mail:

       Maranda Lachelle Hayes
       370 Berry Lott Road
       Magee, MS 39111

By Electronic CM/ECF Notice:

       Case Trustee

       U.S. Trustee

                             /s/ Thomas C. Rollins, Jr.
                             Thomas C. Rollins, Jr.

DocuSign Envelope ID: A31A471A-4824-4B0B-96CD-0422223FCE98

# MORGAN & MORGAN

## MORGAN & MORGAN PLLC ®
### A MISSISSIPPI PROFESSIONAL LIMITED LIABILITY COMPANY
4450 Old Canton Road ● SUITE 200 ● JACKSON, MISSISSIPPI 39211
Telephone: (601) 949-3388  Facsimile: (601) 949-3399

### Retainer Agreement

This retainer agreement is between **Morgan & Morgan PLLC® A Mississippi Professional Limited Liability Company** ("The Firm") and ____**Maranda Hayes**____ (hereinafter Client).  This retainer agreement surrounds a civil claim for money damages arising out of _____**a general injury incident**_____.  This retainer agreement is not valid until it has been signed below by The Firm.  The Client and The Firm agree as follows:

(1) **Attorney Fee**:  The Firm shall provide legal services and represent Client in the above-referenced civil claim and shall receive as an attorney fee forty percent (40%) of the total monetary recovery in this matter.  Once a jury is empaneled, The Firm shall receive as an attorney fee forty five (45%) of the total monetary recovery. The attorney fee payable to The Firm is calculated off the total monetary recovery BEFORE any legal costs and expenses are deducted.

(2) **Legal Costs and Expenses**: The Firm shall advance all legal costs and expenses directly related to the investigation and prosecution of the above-referenced civil claim. Legal costs include, but are not limited to, cash and non-cash expenditures for: investigator mileage to and from the initial sign up meeting, court filing fees, medical records charges, experts, mediation fees, subpoenas and deposition costs, witness fees, long distance telephone calls, facsimiles, photocopies, postage, in-house printing, travel, parking, investigative services and all other costs necessary for proper performance of legal services. In the event that The Firm withdraws from the case, The Firm reserves the right to be reimbursed for said costs if a recovery is made by another firm. The legal costs and expenses paid by The Firm will be deducted from the total monetary recovery *AFTER* the payment of the attorney fee.

(3) **Payment To Client:** The payment to the Client shall be the funds remaining after the payment of the attorney fee to The Firm and the reimbursement of legal costs and expenses to The Firm as well as payment of any liens recognized under the laws of Mississippi.

(4) **Settlement:**  If a settlement option is presented as an alternative to a trial, the client must be in agreement with the option selected.

DocuSign Envelope ID: A31A471A-4824-4B0B-96CD-0422223FCE98

(5)   **No Recovery:** If no recovery is obtained in the above reference civil action, the Client shall not be responsible for the payment of any attorney fee, legal costs or expenses to The Firm.

(6)   **Appeal of Case:** The Firm has sole discretion to determine whether or not The Firm will represent the client on an appeal. If The Firm determines an appeal is not warranted, the file will be given to Client to proceed further.

(7)   **Dismissing The Firm:** If Client seeks to dismiss The Firm and hire another lawyer to represent the Client on the above referenced civil claim, Client hereby agrees that The Firm shall have a lien against any recovery by the Client for all of The Firm's legal costs and expenses, and for a reasonable attorney fee measured by the value of services provided by The Firm.

(8)   **Contact:** I understand and agree that The Firm may contact me at any phone number (including mobile, cellular/wireless, or similar devices) or email address I provide at any time, for any lawful purpose. The ways in which The Firm may contact me include live operator, automatic telephone dialing systems (auto-dialer), prerecorded message, text messaging systems or email. Phone numbers and email addresses I provide include those I give to The Firm, those from which I contact The Firm or which we obtain through other means. I also understand and agree that The Firm may monitor/and or record any of my phone conversations with The Firm representatives.

(9)   **Media and Advertisement:** I provide my consent for the Firm and its attorneys to publish the results of my case including, without limitation, trial verdicts, arbitration awards, settlement amounts (without disclosing the names of the parties where confidential), and/or fee awards in advertisements and other media.

(10)   **Association Of Additional Lawyers By The Firm:** Client agrees to allow The Firm to associate any other lawyers it deems reasonably necessary in prosecution of said claim. Such association of additional lawyers shall not alter or effect the fee agreement paid by Client.

(11)   **Arbitration:** In the event of any dispute, disagreement, claim or controversy between Client and Morgan & Morgan PLLC or any attorneys or other employees or agents of Morgan & Morgan PLLC, Client and Morgan & Morgan PLLC agree that any and all such disputes will, at the election of either of the parties, be resolved through the process of binding arbitration under the rules of the American Arbitration Association, regardless of when the dispute arose or the subject matter of the dispute. This specifically includes disputes over the validity, enforceability or scope of this arbitration provision and any disputes over the arbitrability of any disputes between Client and Morgan & Morgan PLLC.

(12)   **Entire Agreement:** With respect to the issues presented herein this retainer agreement constitutes the entire agreement between the Client and The Firm.

DocuSign Envelope ID: A31A471A-4824-4B0B-96CD-0422223FCE98

    (13)   **State of Mississippi:** This retainer agreement shall be construed under the laws of the State of Mississippi.

DATE: <u>11/8/2022 _____</u>

<u>Maranda Hayes_____</u>                  <u>_____</u>

CLIENT                             MORGAN & MORGAN PLLC

### ASSOCIATING ATTORNEY AGREEMENT

    I understand and consent to MORGAN & MORGAN PLLC associating in this matter with _____ _____, and that of the applicable fees in this agreement, 75% shall be paid to MORGAN & MORGAN PLLC and 25% to the associating attorney.

    I understand that in no event, however, shall I incur any additional legal fees or charges by virtue of said employment of co-counsel. Co-counsel shall assume the same legal responsibilities to me for the performance of legal services as MORGAN & MORGAN PLLC and will be available for consultation with me.

    The above employment is hereby accepted upon the terms and conditions stated herein.

DATE: <u>11/8/2022 _____</u>

<u>Maranda Hayes_____</u>                  <u>_____</u>

CLIENT                             MORGAN & MORGAN PLLC

                                    <u>_____</u>

                                 ASSOCIATING ATTORNEY

MMPI_MS_V08032022

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Maranda Lachelle Hayes

CASE NO: 25-02198

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 10/10/2025, I did cause a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

Exhibit B

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/10/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Maranda Lachelle Hayes

CASE NO: 25-02198

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 10/10/2025, a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

Exhibit B

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/10/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

MARANDA LACHELLE HAYES
370 BERRY LOTT ROAD
MAGEE MS 39111