UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: **MARANDA LACHELLE HAYES**              Chapter 13 No. 25-02198-KMS

TO:    Hon. David Rawlings, Trustee                 U.S. Trustee

      1st Heritage Credit                                    RTO National
      c/o Mr. Jim Bill                                        c/o Ms. Judy Moses
      605 Crescent Blvd #101                           408 N Church St, Ste C
      Ridgeland MS 39157-8659                       Greenville SC 29601-2149

## NOTICE OF MODIFICATION OF PLAN PRIOR TO CONFIRMATION

**YOU ARE HEREBY NOTIFIED** that the above named Debtor has filed with the Bankruptcy Court a Modification of a Chapter 13 Plan prior to plan confirmation (see attached Plan as modified).

**YOU ARE FURTHER NOTIFIED** that should you desire to file an objection to the Plan as a modified, you should do so, with the Bankruptcy Court, within 30 days of the date of this Notice in the form of a written pleading.

Address of the U.S. Bankruptcy Court may be found on the attached Notice of Meeting Of Creditors.

DATED, this the 16th day of October, 2025.

                                                  /s/ Allen Flowers
                                                  ALLEN FLOWERS, MSB No. 7494
                                                  Counsel for Debtor
                                                  341 N. 25th Avenue
                                                  Hattiesburg, MS 39401
                                                  Phone: 601-583-9300
                                                  Email: allen@aflowerslaw.net

## CERTIFICATE OF SERVICE

I, Allen Flowers, Attorney for the above listed debtor, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Modification of Plan Prior to Confirmation, a copy of the Notice of Meeting of Creditors, and the Plan (as modified) to the affected creditor(s), the U.S. Trustee and the Case Trustee at the above listed addresses.

So CERTIFIED, this the 16th day of October, 2025.

/s/ Allen Flowers
ALLEN FLOWERS, MSB No. 7494
Counsel for Debtor