# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Maranda Lachelle Hayes, Debtor        Case No. 25-02198-KMS
                                               CHAPTER 13

## AMENDED NOTICE

    Morgan and Morgan has filed papers with the court to be Employed as Special Counsel. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

    File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

    If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

    You must also mail a copy to Morgan & Morgan's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: October 16, 2025.        Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236
                                            601-500-5533
                                            trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Maranda Lachelle Hayes, Debtor           Case No. 25-02198-KMS
                                                   CHAPTER 13

**APPLICATION TO BE EMPLOYED AS SPECIAL COUNSEL**

COMES NOW, Morgan & Morgan ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §327(e) and F.R.B.P. 2014(a), files this Application to be Employed Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Morgan & Morgan represents that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's general injury claim.

2. That the Applicant desires to be employed to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. An attorney for Morgan & Morgan has attached his affidavit hereto, stating that the firm is a disinterested party to Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, Morgan & Morgan will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Morgan and Morgan as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Morgan & Morgan, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Amended Notice and Application were forwarded on October 16, 2025, to:

By USPS First Class Mail:

    Maranda Lachelle Hayes
    370 Berry Lott Road
    Magee, MS 39111

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                               /s/ Thomas C. Rollins, Jr.
                                 Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-02198 |
|---|---|
| MARANDA LACHELLE HAYES | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 10/16/2025, I did cause a copy of the following documents, described below,

Amended Notice and Application

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>MARANDA LACHELLE HAYES | CASE NO: 25-02198<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 10/16/2025, a copy of the following documents, described below,

Amended Notice and Application

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/16/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| DEBTOR | CASE INFO | ~~EXCLUDE~~ |
|---|---|---|
| MARANDA LACHELLE HAYES<br>370 BERRY LOTT ROAD<br>MAGEE MS 39111 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-02198<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU OCT 16 12-21-14 PST 2025 | ~~(U) FIRST TOWER LOAN  LLC  DBA TOWER LOAN OF~~ |
| | | ~~EXCLUDE~~ |
| MORGAN  MORGAN<br>4450 OLD CANTON RD  SUITE 200<br>JACKSON  MS 39211-5991 | VANDERBILT MORTGAGE AND FINANCE  INC<br>PO BOX 9800<br>MARYVILLE  TN 37802-9800 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| 1ST FRANKLIN<br>1667 SIMPSON HWY 49<br>SUITE 4<br>MAGEE MS 39111-4291 | 1ST FRANKLIN FIN<br>CO JAMES P SMITH III<br>1811 W MAIN ST  ST-D<br>TUPELO MS 38801-3253 | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMIN SERVICES<br>PO BOX 880<br>TOCCOA GA 30577-0880 |
| 1ST HERITAGE CREDIT<br>CO MR JIM HILL<br>605 CRESCENT BLVD 101<br>RIDGELAND MS 39157-8659 | ATT UVERSE<br>PO BOX 5014<br>CAROL STREAM IL 60197-5014 | AARONS INC<br>1566 SIMPSON HWY 49<br>MAGEE MS 39111-4401 |
| ADVANCE AMERICA<br>2914 HIGHWAY 80<br>PEARL MS 39208-3436 | CCF OF MISSISSIPPI LLC<br>2312 E TRINITY MILLS RD  STE 100<br>CARROLLTON  TX 75006-1955 | CCF OF MISSISSIPPI  LLC<br>PO BOX 931789<br>ATLANTA GA 31193-1789 |
| (P)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | CAPITAL BANK NA<br>2275 RESEARCH BLVD<br>STE 600<br>ROCKVILLE MD 20850-6238 | (P)SUNBELT FEDERAL CREDIT UNION<br>6885 US HWY 49<br>BOX 3<br>HATTIESBURG MS 39403-0003 |
| CHEX SYSTEMS  INC<br>ATNCONSUMER RELATIONS<br>7805 HUDSON RD 100<br>SAINT PAUL MN 55125-1595 | COMMUNITY CHOICE<br>3275 US HWY 49<br>COLLINS MS 39428-3776 | COVINGTON CREDIT<br>101 N MAIN ST 600<br>GREENVILLE SC 29601-4846 |
| CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY<br>25505 W 12 MILE RD ST 3000<br>SOUTHFIELD MI 48034-8331 | CREDIT ACCEPTANCE<br>CORP SVS COMPANY<br>109 EXECUTIVE DRIVE 3<br>MADISON MS 39110-8497 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>6801 CIMARRON RD<br>LAS VEGAS NV 89113-2273 |
| CSPIRE WIRELESS<br>1681 SIMPSON HWY 49<br>SUITE 6<br>MAGEE MS 39111-4206 | DOE CO PAM BONDI USAG<br>CIVIL PROCESS CLERK<br>950 PENNSYLVANIA NW<br>WASHINGTON DC 20530-0001 | DOE CO US ATTY SDMS<br>CIVIL PROCESS CLERK<br>501 E COURT ST STE 430<br>JACKSON MS 39201-5022 |

```
DEPT OF EDUCATIONNELN              (P)EQUIFAX   INC                     EXPERIAN
PO BOX 82561                       1550 PEACHTREE STREET NE             PO BOX 2002
LINCOLN NE 68501-2561              ATLANTA   GA 30309                   ALLEN TX 75013-2002


(P)INSTANT CASH  INC               ONE MAIN FINAN                       ONEMAIN FINANCIAL GROUP  LLC
ATTN KARI RICHARDSON               CO MR DOUG SHULMAN                   ONEMAIN
PO BOX 71                          601 NW SECOND ST                     PO BOX 3251
COLUMBIA MS 39429-0071             EVANSVILLE IN 47708-1013             EVANSVILLE  IN 47731-3251


ONEMAIN                            OPEN SKY                             PEOPLES BANK
14196 BALTIMORE AVE                PO BOX 6600924                       704 MAIN STREET
LAUREL MD 20707-5007               DALLAS TX 75266-0924                 COLLINS MS 39428-6185


PRIORITY ONE BANK                  RTO NATIONAL                         RTO NATIONAL  LLC
PO BOX 516                         CO MS JUDY MOSES                     PO BOX 9759
MAGEE MS 39111-0516                408 N CHURCH ST  STE C               GREENVILLE  SC 29604-9310
                                   GREENVILLE SC 29601-2149


RAPID RENTALS                      RAPID RENTALS                        SETC PROS
818 MAIN STREET                    CO CEO                               101 CREEKSIDE RIDGE CT
COLLINS MS 39428                   818 MAIN STREET                      SUITE 225B
                                   COLLINS MS 39428                     ROSEVILLE CA 95678-3595

                                                                        EXCLUDE
SCOLOPAX  LLC                      (P)SELF INC                          (D)(P)SELF INC
CO WEINSTEIN  RILEY  PS            901 E 6TH STREET SUITE 400           901 E 6TH STREET SUITE 400
749 GATEWAY  SUITE G-601           AUSTIN TX 78702-3241                 AUSTIN TX 78702-3241
ABILENE  TX 79602-1196


STREET KING                        SUNBELT FEDERAL CREDIT UNION         (P)TOWER LOAN
709 BROADWAY DRIVE                 6885 US HWY 49 3                     P O BOX 320001
HATTIESBURG MS 39401-6360          HATTIESBURG MS 39402                 FLOWOOD MS 39232-0001


EXCLUDE
(D)(P)TOWER LOAN                   TRANSUNION                           US DEPARTMENT OF EDUCATION CO NELNET
P O BOX 320001                     PO BOX 2000                          121 S 13TH ST
FLOWOOD MS 39232-0001              CHESTER PA 19016-2000                LINCOLN  NE 68508-1904


                                                                        EXCLUDE
UNITED CREDIT CORP                 UNITED CREDIT MAGEE                  UNITED STATES TRUSTEE
CO JOHN SIMPSON                    1586 SIMPSON HWY 49                  501 EAST COURT STREET
214 KEY DRIVE  SUITE 1400          MAGEE  MS 39111-4401                 SUITE 6-430
MADISON  MS 39110-6374                                                  JACKSON  MS 39201-5022
```

```
                                            EXCLUDE

VANDERBILT MORT FIN INC              (D)VANDERBILT MORTGAGE AND FINANCE  INC     VANDERBUILT MORTG
ATTN BANKRUPTCY                      PO BOX 9800                                  CO CFO
PO BOX 9800                          MARYVILLE  TN 37802-9800                     500 ALCOA TRAIL
MARYVILLE TN 37802-9800                                                           MARYVILLE TN 37804-5516




WORLD ACCEPTANCE CORP                WORLD FINANCE                                WORLD FINANCE
WORLD ACCEPTANCE CORP ATTN BANKRUPTCY PO BOX 6429                                 CO PRESIDENT
PO BOX 6429                          GREENVILLE SC 29606-6429                     1752 HOMER M ADAMS PKW
GREENVILLE  SC 29606-6429                                                         ALTON IL 62002-5603



                                                                                  DEBTOR

ALLEN FLOWERS                        (P)DAVID RAWLINGS                            MARANDA LACHELLE HAYES
FLOWERS LAW FIRM                     ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE       370 BERRY LOTT ROAD
341 NORTH 25TH AVE                   PO BOX 566                                   MAGEE  MS 39111-3092
HATTIESBURG  MS 39401-4745           HATTIESBURG MS 39403-0566
```