# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02198      **Case Name:** Maranda Lachelle Hayes

**Set:** 11/18/2025 01:30 pm      **Chapter:** 13      **Type:** bk      **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by First Tower Loan LLC dba Tower Loan of Collins (Dkt. #21) / Response filed by the Debtor (Dkt. #27) - AGREED ORDER TO BE SUBMITTED BY MCDANIEL; EMAIL RECEIVED FROM MCDANIEL'S OFFICE

Minute Entry Re: (related document(s): [6] Confirmation Hearing) McDaniel to submit an Agreed Order on the Objection filed by First Tower Loan LLC dba Tower Loan of Collins [21]. Order due by 12/09/2025. Confirmation hearing removed. (mcc)