

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 25, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MARANDA L HAYES                                Case No. 25-02198-KMS
                                                      Chapter 13 Proceedings

### AGREED ORDER ON FIRST TOWER LOAN, LLC, DOING BUSINESS AS TOWER LOAN OF COLLINS'S OBJECTION TO CONFIRMATION (#21)

The Court is advised that the parties have settled the matter of TOWER'S OBJECTION TO CONFIRMATION (#21) and agree that this Objection should be overruled. The Court finds that the agreement of the parties should be incorporated into this Order.

**The claim of Tower Loan filed in the amount of $4,932.82 shall be treated as follows:**

That Tower Loan's lien is avoided as to the one television of Debtor's choice, the Ipad, desktop computer and soundbar.

That Tower's lien on the three remaining televisions, commercial grade grill/steamer, Samsung camera and two PlayStation 5's are not subject to lien avoidance. As such, the aforementioned collateral is hereby abandoned from the bankruptcy estate and shall be surrendered to Tower pursuant to Section 3.5 of the Plan. Following the actual or attempted disposition of the surrendered collateral, Tower shall have the right to file an unsecured deficiency claim.

[Continues To Next Page]

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#21) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:


/s/ Joseph T. McDaniel_____
Prepared By:
Joseph T. McDaniel
MSB#: 106499
First Tower Loan, LLC
P.O. Box 320001
Flowood, MS 39232




  /s/ Allen Flowers
_____
Allen Flowers
For the Debtor
MSB#: _____
allen@aflowerslaw.net
341 North 25th Ave.
Hattiesburg, MS 39401




_____
David Rawlings
For the Trustee
ecfnotices@rawlings13.net
P.O. Box 566
Hattiesburg, MS 39403

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#21) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

/s/ Joseph T. McDaniel_____
Prepared By:
Joseph T. McDaniel
MSB#: 106499
First Tower Loan, LLC
P.O. Box 320001
Flowood, MS 39232


_____
Allen Flowers
For the Debtor
MSB#: _____
allen@aflowerslaw.net
341 North 25th Ave.
Hattiesburg, MS 39401


   /s/Samuel J. Duncan, Atty for
_____
David Rawlings
For the Trustee
ecfnotices@rawlings13.net
P.O. Box 566
Hattiesburg, MS 39403