UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MARANDA LACHELLE HAYES

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-02198 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Late Filed Claim:

RAPID RENTALS
C/O MARC E. BRAND
P.O. BOX 3508
JACKSON, MS  39207

Court Claim No. 16

Amount of Claim: $1,615.70

Classification:  UNSECURED

Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtor to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/ *David Rawlings*

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that on December 09, 2025, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

MARANDA LACHELLE HAYES
370 Berry Lott Road
Magee, MS 39111

RAPID RENTALS
C/O MARC E. BRAND
P.O. BOX 3508
JACKSON, MS 39207

ALLEN FLOWERS
341 N. 25TH AVE
HATTIESBURG, MS 39401

Rapid Rentals
818 Main Street
Collins, MS 39428

*/s/ David Rawlings*
DAVID RAWLINGS, TRUSTEE