**SO ORDERED,**



**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: December 11, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MARANDA LACHELLE HAYES

    DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-02198 KMS

## ORDER ON TRUSTEE'S MOTION TO ALLOW LATE FILED CLAIM

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Allow the Late Filed Claim (Court Claim No. 16) of Rapid Rentals (Docket No. 42).

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Late Filed Claim is allowed and shall be paid pursuant to the provisions of the Confirmed Plan and other orders of the Court, with the Trustee being authorized to adjust the amount of the Plan payment, as needed, to pay said Claim in the time remaining in the Plan.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Debtor is given 30 days from the entry of this Order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

Submitted By:

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net