United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-02198-KMS |
| Maranda Lachelle Hayes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Dec 11, 2025 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maranda Lachelle Hayes, 370 Berry Lott Road, Magee, MS 39111-3092 |
| 5560133 | + Rapid Rentals, Marc E. Brand, Post Office Box 3508, Jackson, MS 39207-3508 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen Flowers | on behalf of Debtor Maranda Lachelle Hayes allen@aflowerslaw.net beth@aflowerslaw.net;andrea@aflowerslaw.net;r57822@notify.bestcase.com;allen@aflowerslaw.net;extra@aflowerslaw.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan  LLC, d/b/a Tower Loan of Collins jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Special Counsel Morgan & Morgan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-3                        User: mssbad                                      Page 2 of 2
Date Rcvd: Dec 11, 2025                     Form ID: pdf012                                Total Noticed: 2

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

SO ORDERED,



**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: December 11, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MARANDA LACHELLE HAYES

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-02198 KMS

### ORDER ON TRUSTEE'S MOTION TO ALLOW LATE FILED CLAIM

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Allow the Late Filed Claim (Court Claim No. 16) of Rapid Rentals (Docket No. 42).

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Late Filed Claim is allowed and shall be paid pursuant to the provisions of the Confirmed Plan and other orders of the Court, with the Trustee being authorized to adjust the amount of the Plan payment, as needed, to pay said Claim in the time remaining in the Plan.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Debtor is given 30 days from the entry of this Order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

Submitted By:

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net