United States Bankruptcy Court

Southern District of Mississippi

In re:

Maranda Lachelle Hayes

    Debtor

Case No. 25-02198-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jun 24, 2026 | Form ID: hn005kms | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID             Recipient Name and Address**
db            +  Maranda Lachelle Hayes, 370 Berry Lott Road, Magee, MS 39111-3092

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                 Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name                    Email Address**

Allen Flowers

        on behalf of Debtor Maranda Lachelle Hayes allen@aflowerslaw.net
beth@aflowerslaw.net;andrea@aflowerslaw.net;r57822@notify.bestcase.com;allen@aflowerslaw.net;extra@aflowerslaw.net

David Rawlings

        ecfnotices@rawlings13.net  sduncan@rawlings13.net

Joseph Todd McDaniel

        on behalf of Creditor First Tower Loan  LLC, d/b/a Tower Loan of Collins jmcdaniel@towerloan.com, cedouglas@towerloan.com

Marc E. Brand

        on behalf of Creditor Rapid Rentals michelle@brandlawfirm.com  marc@brandlawfirm.com

Thomas Carl Rollins, Jr

        on behalf of Special Counsel Morgan & Morgan trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-3                    User: mssbad                        Page 2 of 2
Date Rcvd: Jun 24, 2026                 Form ID: hn005kms                    Total Noticed: 1

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form hn005kms (Rev. 10/18)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Maranda Lachelle Hayes**

        **DEBTOR.**

**CASE NO. 25−02198−KMS**

**CHAPTER 13**

### NOTICE OF HEARING AND DEADLINES

    S&W RTO, LLC d/b/a Rapid Rentals has filed a Motion to Lift Stay (the "Motion") (Dkt. # 51) with the Court in the above−styled case.

    <u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a combined and final hearing on July 16, 2026, at 10:30 AM in the William M. Colmer Federal Building, Courtroom 1, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before July 9, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: 6/24/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

Maranda Lachelle Hayes, Debtor

Allen Flowers, Esq.

David Rawlings, Trustee

Marc Brand, Esq.