**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MARANDA LACHELLE HAYES**          **Chapter 13 No.  23-51505-KMS**

**<u>PRELIMINARY ANSWER & DEFENSES TO  MOTION FOR STAY RELIEF (Dkt. #51)</u>**

COMES NOW DEBTOR, **MARANDA LACHELLE HAYES**, by and through the undersigned Attorney, and files this initial responsive pleading to Rapid Rental's ("Movant") Motion For Relief From Automatic Stay (Dkt. #51(hereinafter "the Motion"), and would reply as follows:

**DEFENSES**

1.      The Motion fails to state a claim upon which relief can  be granted.

2.      The Motion fails to contain a legible, accurate itemization of the alleged contract, or of Debtor's payments on that contract prior to this proceeding.

3.      Movant  has failed to attach to the Motion the documents required, or alleged, to prove the claim.  As a result, Movant comes into this Court with unclean hands and the Motion should be dismissed.

**ANSWER**

And now, without waiving the foregoing defenses or any other defenses that may become apparent as this matter proceeds,  Debtor would reply to the Motion as follows:

4.      Debtor Admits that she entered into some agreement for livingroom furniture, but believed the contract was paid and satisfied in full at the time of filing of this Proceeding; Debtor cannot decipher the Exhibit "A" attached to the Motion, and thus Denies the remaining allegations in paragraph 1 of the Motion.

5.      Debtor Admits the allegations in paragraph 2 of the Motion.

6.      Debtor will file an Objection to Claim No. 16 for the reasons stated herein, and to be shown in that pleading; Debtor Denies the remaining allegations in paragraph 3 of the Motion.

7.      Debtor Admits the allegations in the first sentence of paragraph 4 of the Motion, for the reasons stated herein; Debtor will make any necessary Plan modifications; Debtor Denies the

remaining allegations in paragraph 4 of the Motion.

8. Debtor Denies the remaining allegations in the Motion, including paragraph 8 of the Motion.

9. Debtor DENIES each and every remaining allegation in the Motion, including (without limitation), all allegations in that certain un-numbered paragraph of the Motion beginning with the phrase "WHEREFORE" and ending with the phrase "the circumstances"; Debtor would further DENY that Movant is entitled to any relief whatsoever, and Debtor DENIES that Movant has established sufficient legal grounds to justify entry of an Order sustaining the request for relief.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Motion be Dismissed, that all proceedings surrounding the Motion be dismissed with prejudice, and for such other general, specific or equitable relief that this Court deems appropriate.

Respectfully submitted this, the 9th day of July 2026.

Read and approved by email
on 07/09/26 @ 5:32 by email

                           /s/ Maranda Lachelle Hayes
                         **MARANDA LACHELLE HAYES**

  /s/ Allen Flowers
 ALLEN FLOWERS (MSB No. 7494)
Attorney for the Debtor
341 N. 25th Avenue
Hattiesburg, MS 39401
Telephone: 601.583.9300
Email: allen@aflowerslaw.net

## CERTIFICATE OF SERVICE

I, Allen Flowers, Attorney for the Debtor herein, do hereby certify that I have this day caused a true and correct copy of the above and foregoing ANSWER & DEFENSES to be delivered by electronic transmission to: U.S. Trustee, to Hon. David Rawlings, and to Hon.Marc E. Brand, at the email address for each on file with this Court's CM/ECF system.

Debtor will receive a copy of this pleading as filed by BNC, and direct email from Counsel.

All on this, the 9th day of July 2026.

                         /s/ Allen Flowers
                         ALLEN FLOWERS