United States Bankruptcy Court

Southern District of Mississippi

In re:

Maranda Lachelle Hayes

    Debtor

Case No. 25-02198-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Aug 06, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Maranda Lachelle Hayes, 370 Berry Lott Road, Magee, MS 39111-3092 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Allen Flowers | on behalf of Debtor Maranda Lachelle Hayes allen@aflowerslaw.net<br>beth@aflowerslaw.net;andrea@aflowerslaw.net;r57822@notify.bestcase.com;allen@aflowerslaw.net;extra@aflowerslaw.net |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan  LLC, d/b/a Tower Loan of Collins jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Marc E. Brand | on behalf of Creditor Rapid Rentals michelle@brandlawfirm.com  marc@brandlawfirm.com |
| Marc E. Brand | on behalf of Creditor S&W RTO  LLC dba Rapid Rentals michelle@brandlawfirm.com, marc@brandlawfirm.com |
| Thomas Carl Rollins, Jr | |

District/off: 0538-3                      User: mssbad                                    Page 2 of 2
Date Rcvd: Aug 06, 2026                   Form ID: pdf012                            Total Noticed: 1

on behalf of Special Counsel Morgan & Morgan trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



SO ORDERED,

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: August 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARANDA LACHELLE HAYES                    CASE NO. 25-02198 KMS

DEBTOR .                                                      CHAPTER 13

### ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay filed by Rapid Rentals (the "Motion") (Dkt. #51) and the Court having considered the facts herein, finds that the hearing on August 13, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for September 24, 2026, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841