United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-02198-KMS
Maranda Lachelle Hayes Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Sep 16, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Maranda Lachelle Hayes, 370 Berry Lott Road, Magee, MS 39111-3092 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Allen Flowers | on behalf of Debtor Maranda Lachelle Hayes allen@aflowerslaw.net beth@aflowerslaw.net;andrea@aflowerslaw.net;r57822@notify.bestcase.com;allen@aflowerslaw.net;extra@aflowerslaw.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of Collins jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Marc E. Brand | on behalf of Creditor Rapid Rentals michelle@brandlawfirm.com marc@brandlawfirm.com |
| Marc E. Brand | on behalf of Creditor S&W RTO LLC dba Rapid Rentals michelle@brandlawfirm.com, marc@brandlawfirm.com |
| Thomas Carl Rollins, Jr | |

| | |
|---|---|
| | on behalf of Special Counsel Morgan & Morgan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: September 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**MARANDA LACHELLE HAYES** | **CASE NO. 25-02198 KMS**

**DEBTOR .** | **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay filed by Rapid Rentals (the "Motion") (Dkt. #51) and the Court having considered the facts herein, finds that the hearing on September 24, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for October 8, 2026, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841