# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02198 **Case Name:** Maranda Lachelle Hayes

**Set:** 10/08/2026 10:30 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to Living Room Group. . Filed by Creditor Rapid Rentals (Attachments: # 1 Exhibit Rental Purchase Agreement) (Dkt. #51)

Response filed by the Debtor (Dkt. #56)

---

Minute Entry Re: (related document(s): [51] Motion for Relief From Stay filed by S&W RTO, LLC dba Rapid Rentals) Brand to submit an Agreed Order. Order due by 10/22/2026. Called in by Brand. (mcc)