**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **Chapter 13 No.25-02198-KMS**

**MARANDA LACHELLE HAYES**

**MOTION TO SUSPEND PLAN PAYMENTS**

COME NOW the Debtor, by and through counsel, and moves this Court to Suspend Plan Payments in this Voluntary Petition For Relief under Chapter 13 of the U.S. Bankruptcy Code, and would show as follows:

1. Debtor filed a Voluntary Petition for relief in this Proceeding on September 4, 2025. Dkt #1. Debtor's Plan, for 60 months, was confirmed on December 2, 2025. Dkt # 39.

2. The Debtor advises that the Plan payments may need to be suspended because she has had extraordinary medical expenses for her 16 month old child and is facing another surgery soon. These medical procedures have caused her to miss quite a bit of work and drained her resources.

3. Debtor believes that a Plan payment suspension thru December 2026 will assist in curing any arrearage in her Plan .

4. Debtor's Plan payments include a home mortgage payment, to Vanderbilt Mortgage Services, and Debtor moves the Court to approve a suspension of mortgage payments thru December 2026.

5. Debtor further moves the Court to instruct the Trustee to adjust Debtor's Plan, if and as necessary, to reflect the curing of any accumulated arrearage in the Plan.

6. This is Debtor's first request for a Plan suspension. The proposed Suspension is necessary, will not burden any Creditors unduly, and is appropriate under the circumstances.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that this Court will accept for filing this Motion, authorize Debtor's request to suspend the Plan (and mortgage) payments thru

December 2025 and to instruct the Trustee to adjust Debtor's Plan, if necessary, to reflect the curing of any accumulated arrearage in the Plan, and to provide such other relief as may be just and equitable.

**RESPECTFULLY SUBMITTED,** this the 13 day of October, 2026.

**MARANDA LACHELLE HAYES**

/s/ Allen Flowers
ALLEN FLOWERS, MSB No. 7494
Counsel for Debtor
341 North 25th Avenue
Hattiesburg, MS 39401
Phone: 601.583.9300
Email: allen@aflowerslaw.net

**CERTIFICATE OF SERVICE**

I, Allen Flowers, Attorney for the above listed Debtor, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF a true and correct copy of the foregoing MOTION TO SUSPEND PLAN PAYMENTS, a copy of the Notice of Meeting of Creditors, to the Case Trustee, and to the U.S. Trustee, to Vanderbilt Mortgage Services c/o CEO, PO Box 9800, Maryville, TN 27802, and to all creditors on the attached Matrix via First Class U.S. Mail, postage prepaid.

SO CERTIFIED, this the 13th day of October, 2026.

/s/ Allen Flowers
ALLEN FLOWERS, MSB No. 7494
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF IN THE MATTER OF:** **Chapter 13 No.25-02198-KMS**
**MARANDA LACHELLE HAYES**

**TO:** Hon. David Rawlings, Trustee U. S. Trustee

Vanderbilt Mortgage Services
c/o CEO
PO Box 9800
Maryville, TN 27802

and to, all Creditors on the attached Matrix

**NOTICE OF MOTION TO SUSPEND PLAN PAYMENTS**

**YOU ARE HEREBY NOTIFIED** that the above named Debtor(s) has filed with the Bankruptcy Court a Motion To Suspend Plan Payments (see attached Motion).

**YOU ARE FURTHER NOTIFIED** that should you desire to file an objection to the Motion To Suspend, you should do so with the U.S. Bankruptcy Court, within 21 days of the date of this Notice in the form of a written pleading.

Address of the U.S. Bankruptcy Court may be found on the attached Notice Of Meeting Of Creditors.

DATED, this the 13th day of October, 2026.

/s/ Allen Flowers
ALLEN FLOWERS, MSB No. 7494
Counsel for Debtor
341 North 25th Avenue
Hattiesburg, MS 39401
Phone: 601.583.9300
Email: allen@aflowerslaw.net

**CERTIFICATE OF SERVICE**

I, Allen Flowers, Attorney for the above listed Debtor, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF a true and correct copy of the foregoing NOTICE to the Case Trustee, and to the U.S. Trustee, Vanderbilt Mortgage Services, c/o CEO, PO Box 9800, Maryville, TN 27802 and to all affected Creditors on the attached Matrix via First Class U.S. Mail, postage prepaid.

SO CERTIFIED, this the 13th day of October, 2026.

/s/ Allen Flowers
ALLEN FLOWERS, MSB No. 7494
Counsel for Debtor