**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **Chapter 13 No. 25-02198-KMS**
**MARANDA LACHELLE HAYES**

**ORDER (Dkt. # )**

**THIS MATTER** is before the Court on the Debtor's MOTION TO SUSPEND PLAN PAYMENTS (Docket #_____) and there has been no response timely filed to the said Motion and no appearance entered by an affected creditor.

**IT IS, THEREFORE, ORDERED THAT:**

1. The Debtor's Motion To Suspend Plan Payments, which includes the mortgage payment to Vanderbilt Mortgage Services, is GRANTED;
2. Debtor's next Plan payment (including the mortgage) is due in January 2027;
3. The Trustee shall adjust the Debtors' Chapter 13 Plan payments, if and as necessary, to reflect the Suspension requested in Debtor's Motion;
4. The Trustee is authorized to increase the Wage Order, if necessary, and;
5. If, in the future, Debtor fails to keep the Plan payments current, the Court will dismiss Debtor's Petition without further notice to the Debtor or Debtor's Counsel.

**##END OF ORDER##**

Presented to the Court by:
/s/ Allen Flowers
Allen Flowers, MSB No. 7494
341 North 25th Avenue
Hattiesburg, MS 39401
Phone: 601.583.9300/Email: allen@aflowerslaw.net

MARANDA LACHELLE HAYES