Label Matrix for local noticing
0538-3
Case 25-02198-KMS
Southern District of Mississippi
Jackson-3 Divisional Office
Thu Sep 18 14:28:46 CDT 2025

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

1st Franklin
1667 Simpson Hwy 49
Suite 4
Magee MS 39111-4291

1st Franklin Fin
c/o James P. Smith III
1811 W Main St, St-D
Tupelo MS 38801-3253

1st Heritage Credit
c/o Mr. Jim Hill
605 Crescent Blvd #101
Ridgeland MS 39157-8659

ATT U-Verse
P.O. Box 5014
Carol Stream IL 60197-5014

Aaron's Inc
1566 Simpson Hwy 49
Magee MS 39111-4401

Advance America
2914 Highway 80
Pearl MS 39208-3436

CCF of Mississippi LLC
2312 E Trinity Mills Rd, Ste 100
Carrollton, TX 75006-1955

CCF of Mississippi, LLC
Po Box 931789
Atlanta GA 31193-1789

Capital Bank N.A.
2275 Research Blvd
Ste 600
Rockville MD 20850-6238

(p)SUNBELT FEDERAL CREDIT UNION
6885 US HWY 49
BOX 3
HATTIESBURG MS 39403-0003

Chex Systems, Inc
Atn:Consumer Relations
7805 Hudson Rd. #100
Saint Paul MN 55125-1595

Community Choice
3275 US Hwy 49
Collins MS 39428-3776

Covington credit
101 N Main St. #600
Greenville SC 29601-4846

Credit Acceptance
Attn: Bankruptcy
25505 W 12 Mile Rd St 3000
Southfield MI 48034-8331

Credit Acceptance
Corp Svs Company
109 Executive Drive #3
Madison MS 39110-8497

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas NV 89113-2273

Cspire Wireless
1681 Simpson Hwy 49
Suite 6
Magee MS 39111-4206

DOE c/o Pam Bondi USAG
Civil Process Clerk
950 Pennsylvania NW
Washington DC 20530-0001

DOE c/o US Atty SDMS
Civil Process Clerk
501 E Court St,Ste 430
Jackson MS 39201-5022

Dept Of Education/neln
Po Box 82561
Lincoln NE 68501-2561

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
P.O. Box 2002
Allen TX 75013-2002

(p)INSTANT CASH INC
ATTN KARI RICHARDSON
PO BOX 71
COLUMBIA MS 39429-0071

One Main Finan
c/o Mr. Doug Shulman
601 NW Second St.
Evansville IN 47708-1013

Onemain
14196 Baltimore Ave,
Laurel MD 20707-5007

Open Sky
PO Box 6600924
Dallas TX 75266-0924

People's Bank
704 Main Street
Collins MS 39428-6185

Priority One Bank
PO Box 516
Magee MS 39111-0516

RTO National
c/o Ms. Judy Moses
408 N Church St, Ste C
Greenville SC 29601-2149

RTO National, LLC
PO Box 9759
Greenville, SC 29604-9310

Rapid Rentals
818 Main Street
Collins MS 39428

Rapid Rentals
c/o CEO
818 Main Street
Collins MS 39428

SETC Pros
101 Creekside Ridge Ct
Suite 225B
Roseville CA 95678-3595

(p)SELF INC
901 E 6TH STREET SUITE 400
AUSTIN TX 78702-3241

Street King
709 Broadway Drive
Hattiesburg MS 39401-6360

Sunbelt Federal Credit Union
6885 US Hwy 49 #3
Hattiesburg MS 39402

(p)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TransUnion
P.O. Box 2000
Chester PA 19016-2000

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1904

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Vanderbilt Mort &Fin Inc
Attn: Bankruptcy
Po Box 9800
Maryville TN 37802-9800

Vanderbuilt Mortg.
c/o CFO
500 Alcoa Trail
Maryville TN 37804-5516

World Finance
Po Box 6429
Greenville SC 29606-6429

World Finance
c/o President
1752 Homer M Adams Pkw
Alton IL 62002-5603

Allen Flowers
Flowers Law Firm
341 North 25th Ave.
Hattiesburg, MS 39401-4745

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

Maranda Lachelle Hayes
370 Berry Lott Road
Magee, MS 39111-3092

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Central Sunbelt FCU
706 3rd Avenue
Magee MS 39111

Equifax Check Svc.
P.O. Box 30272
Tampa FL 33630-3272

Instant Cash
122 South Main
Magee MS 39111

Self Financial Inc.
Attn: Bankruptcy
515 Congress Ave #2200
Austin TX 78701

(d)Self Financial, Inc.
Mr. James McCracken
901 E 6th St Ste 400
Austin TX 78702-3206

Tower Loan
Attn: Bankruptcy
Po Box 320001
Flowood MS 39232

(d)Tower Loan
c/o John E. Tucker
Po Box 320001
Flowood MS 39232

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 48 |
| Bypassed recipients | 0 |
| Total | 48 |