**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**MARANDA LACHELLE HAYES,**
**DEBTOR**

**CASE NO. 25-02198 KMS**
**CHAPTER 13**

**S&W RTO, LLC D/B/A**
**RAPID RENTALS** — **MOVANT**

**VS.** — **MOTION NO. 51**

**MARANDA LACHELLE HAYES** — **RESPONDENT**

# AGREED ORDER LIFTING AUTOMATIC STAY

THIS MATTER is before the Court on the Motion to Lift Stay (Dkt#51) filed by S&W RTO, LLC d/b/a Rapid Rentals (“Rapid”) requesting that the automatic stay provisions under 11 U.S.C. Section 362 be modified and lifted as to the property described below and the Court finding that the Debtor has reached an agreement with Rapid concerning the personal property in the Rental Purchase Agreement and the Court having heard and considered same and finding it has jurisdiction of the parties and the subject matter finds that the following Agreed Order should be entered.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1.

The automatic stay provisions of 11 U.S.C. Section 362 shall be modified and lifted and Rapid is hereby allowed to obtain immediate possession and realize upon its personal property, to-wit: Living Room Group described in said Rental Purchase Agreement 15886 without further Order of this Court.

2.

The 14 day stay pursuant to Miss. Bankr. L.R. 4001(a)(3) is hereby waived and this Order shall become effective immediately upon entry by the Court.

## END OF ORDER ##

READ, AGREED AND APPROVED:

/s/ Marc E. Brand, Attorney for S&W RTO, LLC
d/b/a Rapid Rentals
Post Office Box 3508
Jackson, MS 39207
Telephone: 601-354-7878
Email: marc@brandlawfirm.com
MSB#4301

/s/ Allen Flowers, Attorney for Debtor
341 N. 25th Avenue
Hattiesburg, MS 39401
Telephone: 601-583-9300
Email: allen@aflowerslaw.net
MSB#7494

/s/Brian Wilson, Attorney for
David Rawlings
Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403
Telephone: 601-582-5011
Email: orders@rawlings13.net
MSB#99994