United States Bankruptcy Court
Southern District of Mississippi

In re: Maranda Lachelle Hayes
Debtor

Case No. 25-02198-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Nov 03, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maranda Lachelle Hayes, 370 Berry Lott Road, Magee, MS 39111-3092 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen Flowers | on behalf of Debtor Maranda Lachelle Hayes allen@aflowerslaw.net beth@aflowerslaw.net;andrea@aflowerslaw.net;r57822@notify.bestcase.com;allen@aflowerslaw.net;extra@aflowerslaw.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of Collins jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Marc E. Brand | on behalf of Creditor Rapid Rentals michelle@brandlawfirm.com marc@brandlawfirm.com |
| Marc E. Brand | on behalf of Creditor S&W RTO LLC dba Rapid Rentals michelle@brandlawfirm.com, marc@brandlawfirm.com |
| Thomas Carl Rollins, Jr | |

| | |
|---|---|
| | on behalf of Special Counsel Morgan & Morgan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **MARANDA LACHELLE HAYES, DEBTOR** | **CASE NO. 25-02198 KMS CHAPTER 13** |
| **S&W RTO, LLC D/B/A RAPID RENTALS** | **MOVANT** |
| **VS.** | **MOTION NO. 51** |
| **MARANDA LACHELLE HAYES** | **RESPONDENT** |

**<u>AGREED ORDER LIFTING AUTOMATIC STAY</u>**

THIS MATTER is before the Court on the Motion to Lift Stay (Dkt#51) filed by S&W RTO, LLC d/b/a Rapid Rentals ("Rapid") requesting that the automatic stay provisions under 11 U.S.C. Section 362 be modified and lifted as to the property described below and the Court finding that the Debtor has reached an agreement with Rapid concerning the personal property in the Rental Purchase Agreement and the Court having heard and considered same and finding it has jurisdiction of the parties and the subject matter finds that the following Agreed Order should be entered.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1.

The automatic stay provisions of 11 U.S.C. Section 362 shall be modified and lifted and Rapid is hereby allowed to obtain immediate possession and realize upon its personal property, to-wit: Living Room Group described in said Rental Purchase Agreement 15886 without further Order of this Court.

2.

The 14 day stay pursuant to Miss. Bankr. L.R. 4001(a)(3) is hereby waived and this Order shall become effective immediately upon entry by the Court.

## END OF ORDER ##

READ, AGREED AND APPROVED:

/s/ Marc E. Brand, Attorney for S&W RTO, LLC
d/b/a Rapid Rentals
Post Office Box 3508
Jackson, MS 39207
Telephone: 601-354-7878
Email: marc@brandlawfirm.com
MSB#4301

/s/ Allen Flowers, Attorney for Debtor
341 N. 25th Avenue
Hattiesburg, MS 39401
Telephone: 601-583-9300
Email: allen@aflowerslaw.net
MSB#7494

/s/Brian Wilson, Attorney for
David Rawlings
Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403
Telephone: 601-582-5011
Email: orders@rawlings13.net
MSB#99994