United States Bankruptcy Court
Southern District of Mississippi

In re: Maranda Lachelle Hayes
Debtor

Case No. 25-02198-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Nov 09, 2026 Form ID: pdf012 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maranda Lachelle Hayes, 370 Berry Lott Road, Magee, MS 39111-3092 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5565975 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Nov 09 2026 19:08:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen Flowers | on behalf of Debtor Maranda Lachelle Hayes allen@aflowerslaw.net beth@aflowerslaw.net;andrea@aflowerslaw.net;r57822@notify.bestcase.com;allen@aflowerslaw.net;extra@aflowerslaw.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of Collins jmcdaniel@towerloan.com, cedouglas@towerloan.com |

| | |
|---|---|
| Marc E. Brand | on behalf of Creditor Rapid Rentals michelle@brandlawfirm.com marc@brandlawfirm.com |
| Marc E. Brand | on behalf of Creditor S&W RTO LLC dba Rapid Rentals michelle@brandlawfirm.com, marc@brandlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Special Counsel Morgan & Morgan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **Chapter 13 No. 25-02198-KMS**
**MARANDA LACHELLE HAYES**

**ORDER (Dkt. #64)**

**THIS MATTER** is before the Court on the Debtor's MOTION TO SUSPEND PLAN PAYMENTS (Docket #64) and there has been no response timely filed to the said Motion and no appearance entered by an affected creditor.

**IT IS, THEREFORE, ORDERED THAT:**

1. The Debtor's Motion To Suspend Plan Payments, which includes the mortgage payment to Vanderbilt Mortgage Services, is GRANTED;
2. Debtor's next Plan payment (including the mortgage) is due in January 2027;
3. The Trustee shall adjust the Debtors' Chapter 13 Plan payments, if and as necessary, to reflect the Suspension requested in Debtor's Motion;
4. The Trustee is authorized to increase the Wage Order, if necessary, and;
5. If, in the future, Debtor fails to keep the Plan payments current, the Court will dismiss Debtor's Petition without further notice to the Debtor or Debtor's Counsel.

**##END OF ORDER##**

Presented to the Court by:
/s/ Allen Flowers
Allen Flowers, MSB No. 7494
341 North 25th Avenue
Hattiesburg, MS 39401
Phone: 601.583.9300/Email: allen@aflowerslaw.net

MARANDA LACHELLE HAYES