United States Bankruptcy Court
Southern District of Mississippi

In re:
Maranda Lachelle Hayes
Debtor

Case No. 25-02198-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Nov 10, 2026 | Form ID: pdf012 | Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Maranda Lachelle Hayes, 370 Berry Lott Road, Magee, MS 39111-3092 |
| | + | MILLCREEK REHABILITATION CENTER, 900 1ST AVE., NE, ATTN: PAYROLL DEPARTMENT, MAGEE, MS 39111-3255 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Allen Flowers | on behalf of Debtor Maranda Lachelle Hayes allen@aflowerslaw.net beth@aflowerslaw.net;andrea@aflowerslaw.net;r57822@notify.bestcase.com;allen@aflowerslaw.net;extra@aflowerslaw.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of Collins jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Marc E. Brand | on behalf of Creditor Rapid Rentals michelle@brandlawfirm.com marc@brandlawfirm.com |
| Marc E. Brand | on behalf of Creditor S&W RTO LLC dba Rapid Rentals michelle@brandlawfirm.com, marc@brandlawfirm.com |

Thomas Carl Rollins, Jr
on behalf of Special Counsel Morgan & Morgan trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
MARANDA LACHELLE HAYES
370 Berry Lott Road
Magee, MS 39111

CHAPTER 13 PROCEEDING:
25-02198 KMS

SSN: XXX-XX-6912

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

MILLCREEK REHABILITATION CENTER
900 1ST AVE., NE
ATTN: PAYROLL DEPARTMENT
MAGEE, MS 39111

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net